STATE v. McCALL

No. 55 PC.

Case below: 27 N.C. App. 13.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

STATE v. MEDLEY

No. 195 PC.

Case below: 26 N.C. App. 331.

Petition by Defendant Medley for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

STATE v. MILLER

No. 52.

Case below: 26 N.C. App. 440.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

STATE v. SAWYER

No. 58 PC.

Case below: 26 N.C. App. 728.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

STATE v. SEGARRA

No. 47 PC.

Case below: 26 N.C. App. 399.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.